MARY E. OLSEN
M. VANCE McCRARY

# THE GARDNER FIRM P.C.

LAWYERS
182 SAINT FRANCIS STREET, STE 103
POST OFFICE DRAWER 3103
MOBILE, ALABAMA 36652
PHONE (251) 433-8100
TELECOPIER (251) 433-8181

OF COUNSEL:
J. CECIL GARDNER
SAM HELDMAN

July 8, 2026

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Chaney, et al. v. Vermont Bread Company; Docket* Nos. 25-3017 (L), 25-3243 (XAP)
Plaintiffs-Appellees' L.R. 31.2 Scheduling Request

Dear Ms. Wolfe,

We represent Plaintiffs-Appellees Matthew Chaney, Nadine Miller and Arthur Gustafson in the above-captioned consolidated appeals. We submit this letter in accordance with Local Rule 31.2 (a)(1)(B) to request Tuesday, September 29, 2026, as the deadline to file our consolidated response brief in these appeals. This date is ninety-one days from the date of the filing of the appellants' briefs, which was on June 30, 2026.

Thank you.

Respectfully submitted,

Mary E. Olsen
Counsel for Plaintiffs-Appellees
The Gardner Firm, P.C.

cc: All Counsel of Record via ECF