**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th ] day of July, two thousand twenty-six,

---

Matthew Chaney, Nadine Miller and Arthur Gustafson, on behalf of themselves and all others similarly situated,

Plaintiffs-Appellees,

v.

Linda Joy Sullivan, in her capacity as the Dissolution Receiver for Koffee Kup Bakery, Inc., Vermont Bread Company, Inc. and Superior Bakery, Inc.,

Intervenor-Defendant-Cross-Claimant-Appellee-Cross-Appellant,

v.

KK Bakery Investment Company, LLC, American Industrial Acquisition Corporation,

Defendants-Cross-Defendants-Appellants-Cross-Appellees,

KK Bakery Holding Acquisition Company,

Defendant-Cross-Defendant,

Vermont Bread Company, Superior Baker, Inc., Koffee Kup Bakery, Inc., Koffee Kup Distribution LLC,

Defendants.

**ORDER**
Docket No. 25-3017

---

Counsel for Appellees Arthur Gustafson, Matthew Chaney, Nadine Miller has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 29, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before September 29, 2026.**:** If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court