# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-six.

---

Matthew Chaney, Nadine Miller and Arthur Gustafson, on behalf of themselves and all others similarly situated,

Plaintiffs-Appellees,

v.

Linda Joy Sullivan, in her capacity as the Dissolution Receiver for Koffee Kup Bakery, Inc., Vermont Bread Company, Inc. and Superior Bakery, Inc.,

Intervenor-Defendant-Cross-Claimant-Appellee-Cross-Appellant,

v.

KK Bakery Investment Company, LLC, American Industrial Acquisition Corporation,

Defendants-Cross-Defendants-Appellants-Cross-Appellees.

---

**ORDER**

Docket Nos. 25-3017 (L),
25-3243 (XAP)

Appellee-Cross-Appellant moves for an extension of time, to and including November 13, 2026, to file the reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court